992

No. 01–344. THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. *v.* WESTERN STATES MEDICAL CENTER ET AL. C. A. 9th Cir. Certiorari granted.

No. 00–1747. WEST INDIES TRANSPORT CO., INC., ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–1920. DEERBROOK PAVILION *v.* THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–9757. CHANTHADARA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–10384. ROBINSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–10607. SOZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10695. ANGERAMI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–92. PETROCHEM INSULATION, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–94. SCHAFFER, MEMBER OF CONGRESS *v.* O'NEILL, SECRETARY OF THE TREASURY. C. A. 10th Cir. Certiorari denied.

No. 01–107. ULYSSES I & CO., INC. *v.* MORTON ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–123. JSG TRADING CORP. *v.* DEPARTMENT OF AGRICULTURE. C. A. D. C. Cir. Certiorari denied.

No. 01–128. CALIFORNIA ET AL. *v.* SCHULMAN, CHAPTER 7 TRUSTEE. C. A. 9th Cir. Certiorari denied.